

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CR95-151 ODW-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | ORDER OF DETENTION AFTER |
| Plaintiff, | ) | HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) | Allegations of Violations of Probation |
| | ) | Supervised Release) |
| | ) | Conditions of Release) |
| Defendant. | ) | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure;

(A) (✓) the appearance of defendant as required; and/or

(B) (✓) the safety of any person or the community.

//

//

1     The court concludes:

2 A. ( ) Defendant poses a risk to the safety of other persons or the community
3         because defendant has not demonstrated by clear and convincing
4         evidence that:

        he can _____

10 (B) (-) Defendant is a flight risk because defendant has not shown by clear
11         and convincing evidence that:

        he can abide by court order

17     IT IS ORDERED that defendant be detained.

19 DATED: 3/13/12

                              /s/
                       STEPHEN J. HILLMAN
                 UNITED STATES MAGISTRATE JUDGE