1
2
3
4
5
6
7

FILED
CLERK, U.S. DISTRICT COURT
AUG 22 2014
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, ) | NO.: 2:95-CR-00151-SVW-2 |
| 12                             ) | |
| 13          Plaintiff,         ) | ORDER OF DETENTION AFTER HEARING |
| 14      v.                     ) | [Fed.R.Crim.P. 32.1(a)(6); |
| 15  BART BERNARD REED,         ) | 18 U.S.C. 3143(a)] |
| 16          Defendant.         ) | |
| 17  _____ ) | |

18

19     The defendant having been arrested in this district pursuant to
20 a warrant issued by this United States District Court for the Central
21 District of California for alleged violation of the terms and
22 conditions of his supervised release; and
23     The Court having conducted a detention hearing pursuant to
24 Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),
25     The Court finds that:
26 A.   (X)  The defendant has not met his burden of establishing by
27          clear and convincing evidence that he is not likely to flee if
28

|   |   |
|---|---|
| 1 | released under 18 U.S.C. § 3142(b) or (c). This finding is |
| 2 | based on his failure to proffer any evidence to meet his burden |
| 3 | on this issue; |
| 4 | and |
| 5 | B. (X)  The defendant has not met his burden of establishing by |
| 6 | clear and convincing evidence that he is not likely to pose a |
| 7 | danger to the safety of any other person or the community if |
| 8 | released under 18 U.S.C. § 3142(b) or (c). This finding is |
| 9 | based on his failure to proffer any evidence to meet his burden |
| 10 | on this issue. |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: August 22, 2014

*Margaret A. Nagle*
_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE